UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANTIAGO HERNANDEZ, individually and on behalf of all others similarly situated,

                           Plaintiff,

-against-

GREEN ISLE FOODS INC. D/B/A IRISH COFFEE SHOP, and JOHN BURKE, as an individual,

                           Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2022

NOTICE OF
VOLUNTARY DISMISSAL
*WITHOUT PREJUDICE*
PURSUANT TO RULE 41(a)(1)

19-CV-8553

**IT IS HEREBY NOTICED,** that this action (and claims and causes of action that were, or could have been asserted in it) be withdrawn and discontinued against all Defendants, *without prejudice*, without costs, and with leave for Plaintiff to re-file, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: Kew Gardens, NY
         January 3, 2022

                                   /s/ Roman Avshalumov
                                  Roman Avshalumov, Esq.
                                  Helen F. Dalton & Associates, P.C.
                                  Attorneys for Plaintiff
                                  80-02 Kew Gardens Road Suite 601
                                  Kew Gardens, New York 11415

**SO ORDERED:**

                                  DATED: January 7, 2022
                                  White Plains, NY

_____
        **U.S.D.J.**
Honorable Nelson S. Román